1  TIMOTHY E. HODGSON (CSB # 108398)
   Attorney at Law
2  P.O. Box 517
   11860 Washington Avenue
3  Courtland, CA  95615
   Tel: (916) 599-1844
4  Email: email@timhodgson.us

5  Plaintiff, in Pro Se

6  ERIC GRANT
   United States Attorney
7  JOSEPH FRUEH
   Assistant United States Attorney
8  501 I Street, Suite 10-100
   Sacramento, CA  95814
9  E-mail:     joseph.frueh@usdoj.gov
   Telephone: (916) 554-2702
10 Facsimile:  (916) 554-2900

11 Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY E. HODGSON,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>　　　　　　　Defendants. | No. 2:24-cv-03797-DAD-SCR<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR SETTING (1) DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT, AND (2) STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED, by and between the parties pursuant to Local Rule 144(a), that Defendants shall have up to and including October 30, 2025, to respond to Plaintiff's First Amended Complaint (ECF 9).

IT IS HEREBY FURTHER STIPULATED, by and between the parties and subject to Court approval, that the Status Conference currently scheduled in this matter for September 11, 2025, be vacated; and that a Status (Pretrial Scheduling) Conference be set for December 11, 2025, at 10:00 a.m. via Zoom, with a Joint Status (Pretrial Scheduling) Report due no later than December 4, 2025.

Respectfully submitted,

Dated: September 2, 2025        /s/ *Timothy E. Hodgson*   (authorized 9/2/2025)
TIMOTHY E. HODGSON
Plaintiff

Dated: September 2, 2025        ERIC GRANT
United States Attorney

By:   /s/ *Joseph Frueh*
JOSEPH FRUEH
Assistant United States Attorney

Attorneys for Defendants

**IT IS SO ORDERED**

Dated: September 4, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

STIP. & P̶R̶O̶P̶O̶S̶E̶D̶ ORDER FOR SETTING
(1) DEFS.' RESP. TO FAC; (2) SCHEDULING CONFERENCE                         1