TIMOTHY E. HODGSON (CSB # 108398)
Attorney at Law
P.O. Box 517
11860 Washington Avenue
Courtland, CA  95615
Tel: (916) 599-1844
Email: email@timhodgson.us

Plaintiff, in Pro Se

ERIC GRANT
United States Attorney
JOSEPH FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
E-mail:    joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY E. HODGSON,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>　　　　　　Defendants. | No. 2:24-cv-03797-DAD-SCR<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR STAYING CASE DUE TO LAPSE IN APPROPRIATIONS** |

**STIPULATION AND ~~PROPOSED~~ ORDER**

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that this action shall be stayed pending the restoration of appropriations or the enactment of a continuing resolution, and that the parties submit a joint status report on or before November 14, 2025. The reasons for this stipulation are as follows.

1. At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation or continuing resolution, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. That exception is not deemed to include most civil cases.

3. Based on the foregoing, the parties respectfully submit that there is good cause to stay this action pending the restoration of appropriations or the enactment of a continuing resolution. The parties shall submit a joint status report on or before November 14, 2025.

Respectfully submitted,

Dated: 10/27/2025

TIMOTHY E. HODGSON
Plaintiff

Dated: October 28, 2025

ERIC GRANT
United States Attorney

By:   /s/ *Joseph Frueh*
JOSEPH FRUEH
Assistant United States Attorney

Attorneys for Defendants

**IT IS SO ORDERED**

Dated: October 28, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE