TIMOTHY E. HODGSON (CSB # 108398)
Attorney at Law
P.O. Box 517
11860 Washington Avenue
Courtland, CA  95615
Tel: (916) 599-1844
Email: email@timhodgson.us

Plaintiff, in Pro Se

ERIC GRANT
United States Attorney
JOSEPH FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
E-mail:    joseph.frueh@usdoj.gov
Telephone:  (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY E. HODGSON,<br><br>                    Plaintiffs,<br><br>         v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>                    Defendants. | No. 2:24-cv-03797-DAD-SCR<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING DEADLINES IN LIGHT OF PRODUCTIVE SETTLEMENT DISCUSSIONS** |

**STIPULATION AND ~~PROPOSED~~ ORDER**

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the deadlines for Defendants' Answer, the parties' Joint Status Report, and the lodging the Administrative Record shall be continued in light of the parties' productive, good-faith settlement discussions to date. *See* ECF 23, 25. The new proposed deadlines are as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Answer (*see* ECF 23) | January 9, 2026 | February 6, 2026 |
| Joint Status Report (*see* ECF 25) | January 16, 2026 | February 13, 2026 |
| Lodge Administrative Record (*see* ECF 25) | February 23, 2026 | March 23, 2026 |

Respectfully submitted,

Dated: December 16, 2025        /s/ *Timothy E. Hodgson*   (authorized 12/16/2025)
TIMOTHY E. HODGSON
Plaintiff

Dated: December 16, 2025        ERIC GRANT
United States Attorney

By:   /s/ *Joseph Frueh*
JOSEPH FRUEH
Assistant United States Attorney

Attorneys for Defendants

**IT IS SO ORDERED**

Dated: December 17, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE