ERIC GRANT
United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900


Attorneys for Defendants


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| TIMOTHY E. HODGSON,<br><br>                          Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; UNITED STATES DEPARTMENT OF AGRICULTURE FOREST SERVICE; JOE STOUT in his capacity as Forest Supervisor, Eldorado National Forest,<br><br>                          Defendants. | Case No.  2:24-cv-03797-SCR<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND EXPERT DEADLINES** |

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby orders the following extension to the parties' deadlines:

| Current Deadlines | Requested/Stipulated Deadlines |
|---|---|
| Answer:  February 6, 2026 | March 9, 2026 |
| Joint Status Report: February 13, 2026 | March 20, 2026 |
| Lodge Administrative Record: March 23, 2026 | April 30, 2026 |

IT IS SO ORDERED.


DATED: February 2, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER RE STIPULATION TO EXTEND DEADLINES

1