ERIC GRANT
United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY E. HODGSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; UNITED STATES DEPARTMENT OF AGRICULTURE FOREST SERVICE; JOE STOUT in his capacity as Forest Supervisor, Eldorado National Forest,<br><br>Defendants. | Case No. 2:24-cv-03797-SCR<br><br>[PROPOSED] ORDER RE STIPULATION TO EXTEND DEADLINES |

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby orders the following extension to the parties' deadlines:

| Current Deadlines | Requested/Stipulated Deadlines |
|---|---|
| Answer: June 22, 2026 | August 31, 2026 |
| Joint Status Report: July 30, 2026 | September 25, 2026 |
| Lodge Administrative Record: September 25, 2026 | TBA with Joint Status Report |

IT IS SO ORDERED.

Dated: June 15, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER RE STIPULATION TO EXTEND
DEADLINES

1